STATE of Missouri, Respondent,

v.

**Nellie BOXX, Appellant.**

**No. WD 42589.**

Missouri Court of Appeals,
Western District.

July 3, 1990.

F.A. White, Jr., Kansas City, for appellant.

David A. Dolph, Asst. Pros. Atty., Platte City, for respondent.

Before SHANGLER, P.J., and CLARK and BERREY, JJ.

ORDER

PER CURIAM.

Appeal from conviction of assault in the third degree, § 565.070, RSMo 1986, and from sentence of forty-eight hours confinement in the county jail.

Affirmed. Rule 30.25(b).